DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOEY GABRIEL WALKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1166
_____

April 3, 2024

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Howard L. Dimmig, II, Public Defender and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.